[No. 8614–0–II. Division Two. February 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES G. KING, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–01594–8, Thomas A. Swayze, Jr., J.,

entered March 1, 1985. *Reversed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Maddock and Soule, JJ. Pro Tem.